IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DEANDRE OLIVER,

      Appellant,

v.

      Case No. 5D22-2142
      LT Case No. 2021-100562-CFDL

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 8 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender,
and Teresa D. Sutton, Assistant
Public Defender, Daytona Beach, for Appellant.

Deandre Oliver, Punta Gorda, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, JAY and BOATWRIGHT, JJ., concur.